IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER DOUGLAS BECKLEY AND MARILYN J. BECKLEY,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BOROUGH OF SELLERSVILLE AND EILEEN BRADLEY,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 23-1109 |

**O R D E R**

**AND NOW**, this 2nd day of May, 2025, upon the Court's consideration of Defendants Borough of Sellersville and Eileen Bradley's ("Defendants'") Motion to Dismiss for Failure to State a Claim ("Motion") (ECF No. 6), Plaintiffs Walter Beckley and Marilyn Beckley's ("Plaintiffs'") Response in Opposition (ECF No. 7), and Defendants' Reply in Support (ECF No. 8), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. The matter is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/ Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.